IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

SEAN P. VAN HORN                                                                    PETITIONER
Reg #14746-025

v.                                    No. 2:23-cv-92-DPM

C. GARRETT, Warden,
FCI-Forrest City                                                                    RESPONDENT

## ORDER

Unopposed recommendation, *Doc. 16*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Van Horn's § 2241 petition, *Doc. 1*, will be dismissed without prejudice. Motion for stay, *Doc. 15*, denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 January 2024