**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**SEAN P. VAN HORN**                                                    **PETITIONER**
**Reg #14746-025**

**v.**                                      **No. 2:23-cv-92-DPM**

**C. GARRETT, Warden,**
**FCI-Forrest City**                                                   **RESPONDENT**

**JUDGMENT**

Van Horn's § 2241 petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
3 January 2024